# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv21

| | |
|---|---|
| DAVID L. GLENN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SHENANDOAH LIFE INSURANCE ) | |
| COMPANY, ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Stay Action to Complete Mediation. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Action to Complete Mediation (#20) is **GRANTED,** and the deadlines provided in the Pretrial Order are stayed up to and inclusive of February 29, 2008. Not later than Monday, March 3, 2008, the parties shall either file a Rule 41 dismissal or a Motion to Enlarge Deadlines.

Signed: January 9, 2008

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge