IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv21

| | |
|---|---|
| **DAVID L. GLENN, JR.,**  )<br>)<br>**Plaintiff,**  )<br>)<br>Vs.  )<br>)<br>**SHENANDOAH LIFE INSURANCE**  )<br>**COMPANY,**  )<br>)<br>**Defendant.**  )<br>_____  ) | **ORDER** |

**THIS MATTER** is before the court on the third joint Motion to Continue Stay to Complete Mediation. Having considered the joint motion and reviewed the pleadings, and it appearing that the mediator endorses this request, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the third joint Motion to Continue Stay to Complete Mediation (#24) is **GRANTED,** and the deadlines provided in the Pretrial Order are stayed up to and inclusive of April 30, 2008. Not later than Friday, May 2, 2008, the parties shall either file a Rule 41 dismissal or a Motion to Enlarge Deadlines.

Signed: March 31, 2008

_____
Dennis L. Howell
United States Magistrate Judge