# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv21

| | |
|---|---|
| DAVID L. GLENN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SHENANDOAH LIFE INSURANCE ) | |
| COMPANY, ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the fourth joint Motion to Stay Action to Complete Mediation. The court cannot find that further stay is appropriate inasmuch as: (1) this case has gone well beyond one year of joinder; and (2) the issues are not complex.

## ORDER

**IT IS, THEREFORE, ORDERED** that the fourth joint Motion to Stay Action to Complete Mediation (#26) is **DENIED,** and upon expiration of the stay on April 30, 2008, the following deadlines that had not expired at the time the stay was originally imposed in January 2008 are reset as follows:

(1) the parties shall file their dispositive motions May 16, 2008; and

(2) a non-jury trial, if one is required, will commence on or after completion of all jury trials during the term set for October 7, 2008, in Asheville beginning at 9:30 a.m.

Signed: April 24, 2008

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge